IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IAN FOLEY, KAREN CLAYTON,<br>Plaintiff,<br>v.<br>POLKA DOG DESIGNS, LLC,<br>Defendant. | 1:25-cv-00349<br>ELECTRONICALLY FILED<br>LEAD CASE |
| ERIC FOREMAN, JARED CHARLAP,<br>Plaintiff,<br>v.<br>CHALKTALK SPORTS, INC.,<br>Defendant. | 2:25cv1890<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ANTOINETTE SUCHENKO, MARCHE ROBERSON,<br>Plaintiff,<br>v.<br>SHOPSIMON, LLC,<br>Defendant. | 2:25cv1898<br>ELECTRONICALLY FILED<br>MEMBER CASE |
| ANTOINETTE SUCHENKO, MARCHE ROBERSON,<br>Plaintiff,<br>v.<br>ILLY CAFFE NORTH AMERICA, INC.,<br>Defendant. | 2:25cv1899<br>ELECTRONICALLY FILED<br>MEMBER CASE |

TRACEY SINKOVIC, MARCHE ROBERSON,

Plaintiff,

v.

TILRAY BRANDS, INC.,
Defendant.

2:25cv1915
ELECTRONICALLY FILED
MEMBER CASE

---

CHRISTOPHER WALTERS,
JARED CHARLAP,

Plaintiff,

v.

SHIMANO NORTH AMERICA HOLDING, INC.,

Defendant.

2:25cv1916
ELECTRONICALLY FILED
MEMBER CASE

---

FREDERICKA NELLON, KAREN CLAYTON,

Plaintiff,

v.

GOLDEN DRAGON ASSOCIATION, INC.,

Defendant.

1:25cv0355
ELECTRONICALLY FILED
MEMBER CASE

---

IAN FOLEY, JARED CHARLAP,

Plaintiff,

v.

ECOFLOW TECHNOLOGY INC.,

Defendant.

2:25cv1931
ELECTRONICALLY FILED
MEMBER CASE

---

ERIC FOREMAN, KAREN CLAYTON,

Plaintiff,

v.

PEPPER PALACE INC.,

Defendant.

1:25cv0359
ELECTRONICALLY FILED
MEMBER CASE

---

TRAVIS LOESCH, MARCHE ROBERSON,

Plaintiff,

v.

DRY EYE RESCUE, LLC,

Defendant.

2:25cv1944
ELECTRONICALLY FILED
MEMBER CASE

---

SOFIA MONTANO, JARED CHARLAP,

Plaintiff,

v.

1 UP NUTRITION LLC,

Defendant.

2:25cv1953
ELECTRONICALLY FILED
MEMBER CASE

---

TRAVIS LOESCH, MARCHE ROBERSON,

Plaintiff,

v.

ALTER ECO FOODS, LLC,

Defendant.

2:25cv1954
ELECTRONICALLY FILED
MEMBER CASE

---

DOMINICK PETRILLO, KAREN CLAYTON,

Plaintiff,

v.

NATURAL ORGANICS, INC.,

Defendant.

1:25cv0366
ELECTRONICALLY FILED
MEMBER CASE

---

SOFIA MONTANO, JARED CHARLAP,

Plaintiff,

v.

WHISPERING WILLOW SOAP COMPANY, LLC,

Defendant.

2:25cv1961
ELECTRONICALLY FILED
MEMBER CASE

---

TRACEY SINKOVIC, KAREN CLAYTON,

Plaintiff,

v.

PETITE PLUME, LLC,

Defendant.

1:25cv0367
ELECTRONICALLY FILED
MEMBER CASE

---

RICHARD DEGAETANO, JARED CHARLAP,

Plaintiff,

v.

ROBANDA INTERNATIONAL, INC.,

Defendant.

2:25cv1964
ELECTRONICALLY FILED
MEMBER CASE

---

JARED CHARLAP, DOMINICK PETRILLO,

Plaintiff,

v.

VEGA US, LLC,

Defendant.

2:25cv1987
ELECTRONICALLY FILED
MEMBER CASE

---

ADRIENNE BEATTY, KAREN CLAYTON,

Plaintiff,

v.

OCEAN DRIVE, INC.,

Defendant.

1:25cv0370
ELECTRONICALLY FILED
MEMBER CASE

---

ADRIENNE BEATTY, MARCHE ROBERSON,

Plaintiff,

v.

AROMAVALUE, INC. *doing business as* SCENT FILL,

Defendant.

2:25cv1986
ELECTRONICALLY FILED
MEMBER CASE

---

RICHARD DEGAETANO, JARED CHARLAP,

Plaintiff,

v.

MEDI-DYNE HEALTHCARE PRODUCTS, LTD

Defendant.

2:25cv1994
ELECTRONICALLY FILED
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLAYTON,

Plaintiff,

v.

CLEAN BEAUTY COLLECTIVE, INC.,

Defendant.

1:25cv0372
ELECTRONICALLY FILED
MEMBER CASE

---

FREDERICKA NELLON,
MARCHE ROBERSON,

Plaintiff,

v.

SPHERO, INC.,

Defendant.

2:25cv2004
ELECTRONICALLY FILED
MEMBER CASE

**CONSOLIDATION ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 2:25-1890, 2:25-1898, 2:25-1899, 2:25-1915, 2:25-1916, 1:25-355, 2:25-1931, 1:25-359, 2:25-1944, 2:25-1953, 2:25-1954, 1:25-366, 2:25-1961, 1:25-367, 2:25-1964, 2:25-1987, 1:25-370, 2:25-1986, 2:25-1994, 1:25-372, and 2:25-2004 are hereby consolidated with Civil Action No. **1:25-349**, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 1:25-349.

3. The Clerk of Court shall close Civil Action No. 2:25-1890, 2:25-1898, 2:25-1899, 2:25-1915, 2:25-1916, 1:25-355, 2:25-1931, 1:25-359, 2:25-1944, 2:25-1953, 2:25-1954, 1:25-366, 2:25-1961, 1:25-367, 2:25-1964, 2:25-1987, 1:25-370, 2:25-1987, 2:25-1994, 1:25-372, and 2:25-2004.

SO ORDERED this 8th day of January, 2026.

s/Arthur J. Schwab
United States District Judge

cc: All counsel of record